IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PAULA L. MAULOLO,<br><br>        Plaintiff,<br><br>vs.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>        Defendant. | CV 19-00069-SPW-TJC<br><br>**ORDER VACATING PRELIMINARY PRETRIAL CONFERENCE AND SETTING NEW ASSOCIATED DEADLINES** |

Defendant moves this Court in an unopposed motion to vacate the Preliminary Pretrial Conference ordered August 26, 2019 (*see* Doc. 7.). (Doc. 8.) This matter involves the review of an administrative record and is therefore exempt under Rule 26(a)(1)(B)(i) of the Federal Rules of Civil Procedure and Local Rule 16.2(a) from the preliminary pretrial conference requirements otherwise found in F.R.Civ.P. 16(a) and Local Rules 16.2., 26.1.

Accordingly, **IT IS ORDERED:**

1. The dates set in the Order Setting Preliminary Pretrial Conference and Associated Deadlines (Doc. 7), including the date set for the preliminary pretrial conference, October 15, 2019 at 11:30 am, are VACATED.

2. The following deadlines shall govern this matter:

| | |
|---|---|
| Defendant shall provide Plaintiff a copy of the Administrative Record: | October 3, 2019 |
| Deadline for Amended Pleadings: | November 1, 2019 |
| Plaintiff's Motion for Summary Judgment and Brief in Support: | January 31, 2020 |
| Defendant's combined Cross-Motion for Summary Judgment and Response to Plaintiff's Motion for Summary Judgment: | February 28, 2020 |
| Plaintiff's combined Response to Defendant's Cross-motion for Summary Judgment and Reply in Support of Motion for Summary Judgment: | March 27, 2020 |
| Defendant's Reply in Support of Cross-motion for Summary Judgment: | April 27, 2020 |

DATED this 6th day of September, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge