IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PAULA L. MAULOLO,<br><br>Plaintiff,<br><br>vs.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>Defendant. | CV 19-69-BLG-SPW-TJC<br><br>**ORDER GRANTING MOTION TO FILE UNDER SEAL** |

Plaintiff Paula L. Maulolo has moved the Court for leave to file under seal the Administrative Record. (Doc. 12) Pursuant to L.R. 5, Plaintiff avers that the Administrative Record contains large amounts of personal identifying information and sensitive medical information on almost every page of the 1,000-plus page record. (*Id.* at 2.) Further, Plaintiff states that it is not feasible to file a redacted version given the length of the record and breadth of personal information.

Good cause appearing, IT IS ORDERED that the motion to file the Administrative Record under seal is GRANTED.

DATED this 22nd day of January, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge