IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PAULA L. MAULOLO,<br><br>                  Plaintiff,<br><br>vs.<br><br>BILLINGS CLINIC and SUN LIFE ASSURANCE COMPANY Of CANADA,<br><br>                  Defendants. | CV 19-69-BLG-SPW-TJC<br><br>ORDER |

For clarity purposes,

IT IS HEREBY ORDERED that this matter is re-assigned to United States District Judge Susan P. Watters and Magistrate Judge Timothy J. Cavan is no longer assigned as a referral role.

The Clerk of Court shall immediately notify the parties of the entry of this Order.

DATED this 9th day of September, 2021.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge