UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PAULA L. MAULOLO,<br><br>               Plaintiff,<br><br>vs.<br><br>BILLINGS CLINIC and SUN LIFE ASSURANCE COMPANY of CANADA,<br><br>               Defendants. | Case No. CV-19-69 -BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

**JUDGMENT ENTERED IN FAVOR OF PLAINTIFF AGAINST DEFENDANTS.**
***(FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER filed on 9/9/2021 docket entry 34).***

      Dated this 9th day of September, 2021.

                                      TYLER P. GILMAN, CLERK

                                      By: /s/ A. Carrillo
                                               Deputy Clerk