# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA,
# BILLINGS DIVISION

| | |
|---|---|
| PAULA L. MAULOLO,<br><br>Plaintiff,<br><br>vs.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>Defendant. | Cause No. CV-19-69-BLG-SPW<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED RULE 54(d)(2) MOTION FOR AN AWARD OF ATTORNEY'S FEES AND COSTS** |

This Court awarded the Plaintiff reasonable attorney's fees and costs pursuant to 29 U.S.C. § 1132(g)(1). (Docs. 34, 35) The Plaintiff timely filed a motion and supporting documentation pursuant to Fed. R. Civ. P. 54(d)(2) seeking $19,380.00 in attorney's fees and $400.00 in costs. (Doc. 36). SunLife did not object to the amounts sought, but it did not waive its right to appeal the order and judgment awarding fees, costs, and interest. (Doc. 36 at 2). Without objection and for good cause shown,

IT IS HEREBY ORDERED that the Plaintiff is awarded $19,380.00 in attorney's fees and $400.00 in costs of suit.

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 28th day of September, 2021.

Susan P. Watters
SUSAN P. WATTERS
U.S. District Court Judge