# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA,
# BILLINGS DIVISION

| | |
|---|---|
| PAULA L. MAULOLO,<br><br>Plaintiff,<br><br>vs.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>Defendant. | Cause No. CV-19-69-BLG-SPW<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR PREJUDGMENT INTEREST** |

This Court awarded the Plaintiff reasonable prejudgment interest pursuant to 29 U.S.C. § 1132(g)(1). (Docs. 34, 35) The Plaintiff timely filed a motion pursuant to 28 U.S.C. § 1961 and *Blankenship v. Liberty Life Assur. Co. of Boston*, 486 F.3d 620, 628 (9th Cir. 2007), seeking prejudgment interest on her improperly denied benefits at a rate of 0.0775%, compounded annually. (Doc. 37) SunLife did not object to the amount sought, but it did not waive its right to appeal the order and judgment awarding fees, costs, and interest. (Doc. 37 at 2)  Without objection and for good cause shown,

IT IS HEREBY ORDERED that the Plaintiff is awarded prejudgment interest on her improperly denied benefits at a rate of 0.0775%, compounded annually.

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 28th day of September, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. District Court Judge